IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TISHURA MARIE SCHLECHT,**

        Plaintiff,                                  No. 6:19-CV-00781-MO

    v.

**COMMISSONER OF SOCIAL SECURITY,**

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(b)

        Defendant.

**MOSMAN, J.,**

Plaintiff's Motion is hereby granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $43,346.25, to be paid in accordance with agency policy. Plaintiff's counsel shall refund the amount of $3,817.58 already received by counsel under the Equal Access to Justice Act net of seizure by the Treasury.

Any funds withheld by the Commissioner in anticipation of an order under § 406(b), less an administrative assessment pursuant to 42 US.C. § 406(d), may be paid to Kevin Kerr, using the information on file with the Agency, consistent with this order.

IT IS SO ORDERED.

DATED this __22__ day of October, 2025.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

1 – ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(b)